Shawn Rushing
-vs-
Western Michigan University

RECEIVED 2021 NOV -3 AM 10:05 SDNY PRO SE OFFICE

This is a lawsuit 8 count

Shawn Rushing discriminated against by, Several western Michigan university employees. Shawn Rushing was wrongfully tresspassed from Western Michigan university property no good lawful reason. Which violates Shawn Rushing liberty rights. Shawn Rushing was Also, wrongfully accussed of Stalking. Shawn Rushing placed name, and number on the wm shield of a vehicle. Shawn Rushing was arrested and Prosecuted for Something he did not do. And, A Security firm that work for western also was at fault. Shawn Rushing chooses to Sue. 110 Trillion dollars each count

110 Trillion dollars each count
And, Insurance
House, and vehicle
Clothes
renters Insurance

